CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

March 18, 2015

Honorable Jeanine Howard
Presiding Judge
Criminal District Court No. 6
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-11
Dallas, TX 75207

Re:     **STATUS INQUIRY**
        05-14-01398/01399-CR, Christopher Lee Cole v. The State of Texas

Dear Judge Howard:

On February 3, 2015, this Court ordered the trial court to prepare and file certifications of appellant's right to appeal and to make findings regarding why appellant's brief has not been filed. To date, we have not received the certifications of appellant's right to appeal or the trial court's findings regarding appellant's brief. Therefore, please notify us of the status of the certifications and findings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

Sincerely,

/s/     Lisa Matz, Clerk

cc:     Ronald Goranson
        Lori Ordiway

ltr:mrh